

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00486-CV

_____

IN RE JOSE ARTURO CASTILLO, Relator

---

Original Proceeding
County Criminal Court No. 4 of Tarrant County, Texas
Trial Court No. 1855618

---

Before Birdwell, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and supplemental response and is of the opinion that relief should be denied as moot. Accordingly, relator's petition for writ of mandamus is denied as moot.

Per Curiam

Delivered: October 15, 2025